UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRES CO LLC<br><br>*Plaintiff,*<br><br>v.<br><br>DOMANTH, INC. d/b/a MEDOFF,<br>DOMINIC BELLIFEMINE and<br>ANTHONY J. BELLIFEMINE,<br>Individually and in any corporate capacity<br><br>*Defendant.* | Civil Action No:<br>17-cv- 7642 (PGS)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Plaintiff's motion for default judgment (*see* ECF No. 12); and the Court having fully considered the submissions in support thereof; and having considered the argument of counsel,

IT is on this \_\_9\_\_ day of March, 2018,

ORDERED that Plaintiff's motion for default judgment (ECF No. 12) is DENIED without prejudice; It is further,

ORDERED that the Clerk should vacate default (ECF No. 11) entered because service was improperly made upon Domanth, Inc, d/b/a Medoff, Dominc Bellifemine and Anthony J. Bellifemine.

PETER G. SHERIDAN, U.S.D.J.